RYAN S. PETERSEN, ESQ.
Nevada Bar No. 010715
BRENDON N. BRANDÃO, ESQ.
Nevada Bar No. 016207
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
rpetersen@wileypetersenlaw.com
bbrandao@wileypetersenlaw.com

*Attorneys for Claimants-in-Limitation and Cross-Claimants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In the Matter of:
HAROLD HARVEY, an individual, as owner of a certain 1997 Gibson 50' Cabin Yacht, HIN GBN50644L697, for exoneration from or limitation of liability,

Plaintiff-in-Limitation.

GREG MAINS, an individual; JUDY ROMAN, an individual; EDDIE P. ROBERTS, an individual; SAMANTHA J. ROBERTS, an individual; DR. DAVID FADELL, an individual; and LINDA FADELL, an individual,

Claimants-in-Limitation and Cross-Claimants,

v.

LAS VEGAS BOAT HARBOR, INC., a Nevada corporation,

Cross-Defendant.

Case No.: 2:25-cv-00114-RFB-BNW

**STIPULATION AND REQUEST TO EXTEND BRIEFING DEADLINES REGARDING ECF NO. 38; AND [PROPOSED] ORDER THEREON**

**(FIRST REQUEST)**

Plaintiff-in-Limitation HAROLD HARVEY; Claimants-in-Limitation STATE FARM FIRE AND CASUALTY COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, and PROGRESSIVE NORTHERN INSURANCE COMPANY; Claimants-in-Limitation and Cross-Claimants GREG MAINS, JUDY ROMAN, EDDIE P. ROBERTS, SAMANTHA J. ROBERTS, DR. DAVID FADELL, and LINDA FADELL; and Claimant-in-Limitation and

Cross-Defendant LAS VEGAS BOAT HARBOR, INC. (collectively, the "Parties"), by and through their respective undersigned counsel of record, pursuant to LR IA 6-1, hereby stipulate and agree, subject to this Court's approval, as follows:

**I.**

**PROCEDURAL HISTORY**

On August 18, 2026, the Court granted Cross-Claimants' Motion for Leave to File Cross-Claim Against Las Vegas Boat Harbor, Inc. (ECF No. 34). Cross-Claimants filed their Cross-Claim that same day (ECF No. 37).

On September 8, 2026, Las Vegas Boat Harbor, Inc. ("LVBH") filed its Motion to Compel Arbitration and Stay Proceedings (ECF No. 38) (the "Motion"). Cross-Claimants' opposition to the Motion is presently due September 22, 2026.

**II.**

**GOOD CAUSE FOR THE REQUESTED EXTENSION**

William L. Banning, Cross-Claimants' maritime counsel, recently underwent knee-replacement surgery and remains in postoperative recovery under physician-directed medication. Additional time is reasonably necessary for counsel to recover and meaningfully participate in preparing Cross-Claimants' opposition to the Motion.

Counsel for LVBH has confirmed that LVBH does not oppose a forty-five (45)-day extension of Cross-Claimants' opposition deadline. The remaining appearing parties likewise agree to the requested briefing extension.

This is the first request to extend the briefing schedule on the Motion. The request is made in good faith, is not made for purposes of delay, and will not prejudice any party or alter any other deadline in this action.

**III.**

**REQUESTED BRIEFING DEADLINES**

The Parties stipulate and agree, subject to this Court's approval, that the briefing deadlines on the Motion shall be extended as follows:

| DEADLINE | CURRENT | REQUESTED |
|---|---|---|
| Cross-Claimants' Opposition to ECF No. 38 | September 22, 2026 | November 6, 2026 |
| LVBH's Reply in Support of ECF No. 38 | September 29, 2026 | November 13, 2026 |

All other deadlines and requirements in this action remain unchanged.

**IT IS SO STIPULATED.**

DATED: September 17, 2026

**COZEN O'CONNOR**
*By: /s/ Benjamin Kim*
ASHLEY E. BAUERLE, ESQ.
Nevada Bar No. 13823
BENJAMIN KIM, ESQ.
Nevada Bar No. 16562
1180 North Town Center Drive, Suite 260
Las Vegas, Nevada 89144
*Attorneys for Claimants-in-Limitation State Farm Fire and Casualty Company, Progressive Direct Insurance Company, and Progressive Northern Insurance Company*

DATED: September 17, 2026

**WINNER & BOOZE**
*By: /s/ John R. Hawley*
THOMAS E. WINNER, ESQ.
Nevada Bar No. 5168
JOHN R. HAWLEY, ESQ.
Nevada Bar No. 1545
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Plaintiff-in-Limitation Harold Harvey*

DATED: September 17, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
*By: /s/ Kimberly A. Nelson*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Las Vegas Boat Harbor, Inc.*

DATED: September 17, 2026

**BAUMAN LOEWE WITT & MAXWELL, PLLC**
*By: /s/ Paul T. Landis*____
PAUL T. LANDIS, ESQ.
Nevada Bar No. 10651
8765 East Bell Road, Suite 210
Scottsdale, Arizona 85260
*Co-counsel for Las Vegas Boat Harbor, Inc.*

DATED: September 21, 2026

**WILEY PETERSEN**
*By: /s/ Brendon N. Brandão*__
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 010715
BRENDON N. BRANDÃO, ESQ.
Nevada Bar No. 016207
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
*Attorneys for Claimants-in-Limitation and Cross-Claimants Greg Mains, Judy Roman, Eddie P. Roberts, Samantha J. Roberts, Dr. David Fadell, and Linda Fadell*

**IT IS SO ORDERED.**

The deadlines for briefing Las Vegas Boat Harbor, Inc.'s Motion to Compel Arbitration and Stay Proceedings (ECF No. 38) are extended as follows: Cross-Claimants' opposition shall be filed on or before November 6, 2026, and LVBH's reply shall be filed on or before November 13, 2026.

All other deadlines and requirements remain unchanged.

DATED: September 22, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**